IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wright-Clark, LaTesha T

Printed: 4/22/08

Case Number: 06 B 01664
Judge: Wedoff, Eugene R
Filed: 2/23/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,890.00 |  |
| Secured: |  | 7,069.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,361.67 |
| Trustee Fee: |  | 458.37 |
| Other Funds: |  | 0.00 |
| Totals: | 8,890.00 | 8,890.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,539.00 | 1,361.67 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Great American Finance Company | Secured | 2,662.00 | 668.23 |
| 6. | General Motors Acceptance Corp | Secured | 21,357.07 | 6,401.73 |
| 7. | EMC Mortgage Corporation | Unsecured | 2,758.13 | 0.00 |
| 8. | Capital One | Unsecured | 53.98 | 0.00 |
| 9. | Capital One | Unsecured | 167.67 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 64.60 | 0.00 |
| 11. | Illinois Student Assistance Commission | Unsecured | 1,240.56 | 0.00 |
| 12. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 213.98 | 0.00 |
| 14. | Specialized Management Consultants | Unsecured | 95.76 | 0.00 |
| 15. | Great American Finance Company | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,152.75 | $ 8,431.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 96.52 |
| 5% | 73.50 |
| 4.8% | 140.39 |
| 5.4% | 147.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Wright-Clark, LaTesha T | Case Number:  06 B 01664 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  2/23/06 |

_____
$ 458.37

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____